**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-30049 |
| Plaintiff - Appellee, | D.C. No. 3:08-cr-05264-RBL |
| v. | |
| MICHAEL JERRI JAMES, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Western District of Washington
Ronald B. Leighton, District Judge, Presiding

Submitted October 25, 2011[**]

Before:     TROTT, GOULD, and RAWLINSON, Circuit Judges.

Michael Jerri James appeals from certain special conditions of supervised release imposed following his 2011 revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

James contends that the district court erred by imposing special conditions of supervised release relating to searches and financial disclosure because those conditions were not included in his original sentence for the underlying crime. The district court did not abuse its discretion. *See* 18 U.S.C. § 3583(d), (e); *United States v. King*, 608 F.3d 1122, 1130-31 (9th Cir. 2010). The challenged conditions were reasonably related to the sentencing goals of deterrence and protection of the public, and James has not shown that they involve a greater deprivation of liberty than is reasonably necessary. *See United States v. Blinkinsop*, 606 F.3d 1110, 1118-19 (9th Cir. 2010).

In his reply brief, James conceded that the other issues raised in his opening brief are moot. Therefore, we do not address those issues.

**AFFIRMED.**